An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRED O. DAWSON, AN INDIVIDUAL,
Appellant,
vs.
TEST EQUIPMENT CORPORATION, A
CALIFORNIA CORPORATION,
Respondent.

No. 63560

**FILED**

OCT 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### ORDER DISMISSING APPEAL

The parties' September 30, 2013, stipulation to dismiss this appeal, with the parties to bear their own costs and fees, is approved. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

By _____

cc:    Hon. Elliott A. Sattler, II, District Judge
Aaron & Paternoster, Ltd.
Scarpello & Huss, Ltd.
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-30729